# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR448** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **RICHARD E. WRIGHT, JR.,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion to continue sentencing (Filing No. 34).

Sentencing is scheduled for June 22, 2009. The Defendant requests a 60-day continuance of the sentencing hearing because he is expected to testify at a trial scheduled to begin on June 30, 2009, and "may" be called to testify in other matters. The Defendant is released on bond. The motion will be denied, because as long as the Defendant complies with his pretrial release conditions he likely will be allowed to continue his release status on bond, remain in the Omaha area, and self surrender. Any substantial assistance can be addressed through a Rule 35 motion.

IT IS ORDERED that the Defendant's motion to continue sentencing (Filing No. 34) is denied.

DATED this 5th day of June, 2009.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge