**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR448** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **RICHARD E. WRIGHT, JR.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to continue sentencing (Filing No. 42).

The Defendant moves to continue his sentencing hearing in light of pending legislation to reduce penalties for crack cocaine offenses. The pending bill is silent regarding retroactivity. The Office of Defender Services Training Branch's guidance to CJA panel attorneys is to file a post-sentencing motion under 18 U.S.C. § 3582(c)(2) for resentencing. *Retroactivity of Crack Cocaine Amendments: Guidance to CJA Panel Attorneys,* http://fd.org/odstb_CrackCocaine.htm. The motion to continue sentencing will be denied.

IT IS ORDERED that the Defendant's motion to continue sentencing (Filing No. 42) is denied.

DATED this 9th day of September, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge